1002

Oscar ENGELSTAD, Trustee in Bankruptcy of the Estate of David P. OSWALD and Nellie E. Oswald, His Wife, Bankrupts, Appellant, v. SECURITY NATIONAL BANK, a Corporation, Appellee.

No. 7058.

Circuit Court of Appeals, Ninth Circuit.
April 4, 1933.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel, ordered appeal dismissed, without costs; mandate forthwith.

FEDERAL LAND BANK OF BALTIMORE, a Corporation, Appellant, v. C. O. SMITH, Trustee in Bankruptcy of the Estate of William Franklin Smith, Bankrupt, Appellee.

No. 3324.

Circuit Court of Appeals, Fourth Circuit.
Dec. 3, 1932.

I. P. Whitehead, Gen. Counsel, and F. M. Laynor, both of Baltimore, Md., for appellant.

PER CURIAM.

Order dismissing appeal at cost of appellant filed.

FENLEY'S MODEL DAIRY, Inc., v. Morris W. JONES, Trustee.

No. 6290.

Circuit Court of Appeals, Sixth Circuit.
Dec. 7, 1932.

L. Frank Withers, of Louisville, Ky., and D. A. Sachs, Jr., of Louisville, Ky., for appellant.

Steinfeld & Steinfeld, of Louisville, Ky., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

W. A. FERRIS v. William E. KNALLAY, Adm'r of Estate of Harry C. Knallay, Deceased.

No. 6253.

Circuit Court of Appeals, Sixth Circuit.
Nov. 10, 1932.

McConnell, Lind, Blackmore, Cory & Griffith, of Cleveland, Ohio, for appellant.

Cline & Patterson, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

Ernest FLATTERS v. UNITED STATES of America.

No. 4826.

Circuit Court of Appeals, Seventh Circuit.
April 5, 1933.

William A. McClellan, of Muncie, Ind., for appellant.

Val Nolan, U. S. Atty., of Indianapolis, Ind.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of Mr. William A. McClellan, counsel for appellant, it is ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.